NUMBER 13-06-074-CV

 

                         COURT OF APPEALS

 

               THIRTEENTH DISTRICT OF TEXAS

 

                  CORPUS CHRISTI - EDINBURG 

___________________________________________________________________

 

THE ATTORNEY GENERAL OF TEXAS,                         Appellant,

 

                                           v.

 

ISIDRO
ZAVALA,                                                      Appellee.

___________________________________________________________________

 

                 On appeal from the 275th  District Court

                           of Hidalgo
County, Texas.

___________________________________________________________________

 

                     MEMORANDUM OPINION

 

                 Before Justices
Hinojosa, Yañez, and Garza

Memorandum
Opinion Per Curiam

 








Appellant, THE
ATTORNEY GENERAL OF TEXAS, perfected an appeal from a judgment entered by
the 275th District Court of Hidalgo County,
Texas, in cause number F-3671-04-E.  After the clerk=s record was filed, appellant filed a motion to
dismiss the appeal.  In the motion,
appellant states that the order from which this appeal was taken has been
vacated.  Appellant requests that this
Court dismiss the appeal.

The Court, having
considered the documents on file and appellant=s motion to dismiss the appeal, is of the opinion
that the motion should be granted. 
Appellant=s motion to dismiss is
granted, and the appeal is hereby DISMISSED.

PER CURIAM

Memorandum Opinion delivered and filed this

the 23rd day of March, 2006.